NUMBER 13-00-355-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




JESUS SILVA SALAZAR, Appellant, 



v.





BASILIO C. GOMEZ, SR., Appellee. 

____________________________________________________________________




On appeal from the 357th District Court

of
Cameron
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief
Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per
Curiam 



Appellant, JESUS SILVA SALAZAR, perfected an appeal from a
judgment entered by the 357th District Court
 of Cameron County, Texas,
in cause number 98-11-4333-E. After the record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
requests that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted.
Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 17th day of August, 2000.